THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CASPER VON MATT, JR., Appellant.

Argued October 9, 1952; decided October 23, 1952.

*Lionel E. Krohn* for appellant.

*John M. Liddy, District Attorney* (*Willard Healy* of counsel), for respondent.

Judgments reversed, the information dismissed and the fine remitted upon the ground that the evidence was not sufficient to establish guilt beyond a reasonable doubt. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.